UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GOWANUS INDUSTRIAL PARK, INC.,

        Plaintiff,

vs.

HESS CORP.,

        Defendant.

Civil Action No. 10-05522 (JG) (JO)

ECF CASE

Declaration of Joseph N. Paykin in Opposition to Defendant's Motion to Dismiss

Joseph N. Paykin, an attorney in good standing admitted to practice in New York State, including the United States District Courts for the Eastern District of New York, hereby declares under penalty of perjury as follows:

1.    I am a member of Hinman, Howard & Kattell, LLP, attorneys for plaintiff Gowanus Industrial Park, Inc. and submit this declaration to place certain public record documents, of which the Court may take judicial notice, to provide useful background information relating to the pending motion to dismiss.

2.    Annexed hereto as Exhibit 1 is a true and correct copy of the Quarterly Statement of Account through February 18, 2011, from New York City Department of Finance for the property known as 685 Columbia Street, Brooklyn, New York.

Declared under penalty of perjury on March 11, 2011.

                                      /Joseph N. Paykin

# EXHIBIT 1



# Quarterly Statement of Account

**Owner Name:** GOWANUS INDUSTRIAL PARK INC.
**Property Address:** 685 COLUMBIA ST.
**Borough, Block & Lot:** BROOKLYN (3), 00614, 0001

**Mailing Address:**
GOWANUS INDUSTRIAL PARK INC.
699 COLUMBIA ST.
BROOKLYN, NY 11231-1915

## Statement Billing Summary
(Reflects Account Activity From Your Last Statement Through February 18, 2011)

| | |
|---|---|
| Previous Balance | $298,216.60 |
| Amount Paid | $-298,216.60 |
| Interest | $0.00 |
| **Unpaid Balance, If Any** | **$0.00** |
| Current Amount Due | $0.00 |
| **Total Amount Due By April 1, 2011** | **$0.00** |

**Total Property Tax Amount Due April 1, 2011 From:**
  First Central Savings Bank — $0.00
**You, The Property Owner** — $0.00

001400.01
13928

---



THIS STATEMENT IS FOR YOUR INFORMATION ONLY
IF YOU ARE HAVING PROBLEMS PAYING YOUR MORTGAGE,
PLEASE CALL **311** FOR HELP

**Pay Today The Easy Way**
nyc.gov/payonline
Fast.Easy.Accurate.Timely.

If You Pay Via On-Line Banking You Must Include This Account Number: 3-00614-0001

**Total Amount Due By April 1, 2011 If You Still Have A Mortgage**     $0.00

#BWNFFBV
#6123262110216014#

GOWANUS INDUSTRIAL PARK INC.
699 COLUMBIA ST.
BROOKLYN NY  11231-1915

**Amount Enclosed:** [        ]

**If Paying The Easy Way Isn't For You,
Mail Payment To:**
NYC Department of Finance
PO Box 32
New York, NY 10008-0032


10



**Statement Details**

February 18, 2011
Gowanus Industrial Park Inc.
685 Columbia St.
Page 2

| Previous Balance | Activity Date | Date | Amount |
|---|---|---|---|
| Finance-Property Tax | | 01/01/2011 | $298,216.60 |
| Payment | 12/28/2010 | First Central Savings Bank | $-298,216.60 |
| Unpaid Balance, If Any | | | $0.00 |

**Annual Property Tax Detail**

Tax Class  4 -  Commercial Property             Tax Rate
Current Tax Rate                                 10.3120%

| | Billable Assessed Value | Tax Rate | | Taxes |
|---|---|---|---|---|
| Estimated Market Value $21,505,900 | | | | |
| Tax Before Exemptions And Abatements | $5,848,531  X | 10.3120% | = | $603,101 |
| Tax Before Abatements | $5,848,531 | | | $603,101 |
| Annual Property Tax | | | | $603,101 |

Pay Today The Easy Way
nyc.gov/payonline
Fast.Easy.Accurate.Timely.

Your Prompt Payment Is Greatly Appreciated.

Did Your Mailing Address Change?

If So, Please Visit Us At **nyc.gov/changemailingaddress**  Or Call **311.**



8123262110218 01 3006140001 0000000000000 0000000000000 110401270081001  0



12

Joseph N. Paykin
HINMAN, HOWARD & KATTELL, LLP
185 Madison Avenue, 7th Floor
New York, New York 10016
(212) 725-4423

*Attorneys for Plaintiff
Gowanus Industrial Park, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
GOWANUS INDUSTRIAL PARK, INC.,

          Plaintiff,

vs.

HESS CORP.,

          Defendant.

Civil Action No. 10-05522 (JG) (JO)

ECF CASE

Certificate of Service

Document Electronically Filed

I, Joseph N. Paykin, hereby certify as follows:

1. I am an attorney with the firm Hinman, Howard & Kattell, LLP, attorneys for plaintiff Gowanus Industrial Park, Inc. in the above-captioned matter.

2. I hereby certify that upon this date I served a true and correct copy of the memorandum of law and declaration of Joseph N. Paykin in opposition to defendant's motion to dismiss the complaint upon the following:

Charles S. Sims
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000

Dated: New York, New York
       March 11, 2011

_____
Joseph N. Paykin