# EXHIBIT 3

COPY

GOWANUS INDUSTRIAL PARK, INC.
P.O. BOX 920381, ARVERNE NY 11692-0381 P(718)318-5625 F(718)318-2801

March 13, 1998

HESS
1 HESS PLAZA
WOODBRIDGE, NJ 07095

1998 MAR 16 P 3:41
TERMINAL ENGINEERING & CONSTRUCTION

ATTENTION: GARY MARGIOTTA
CC: MIKE J. KLINGER
CC: ALLEN BODAK

Dear Mr. Margiotta,

As per our conversation on February 27, 1998, Gowanus Industrial Park Inc. had a survey done on December 12, 1996, which defines the boundary lines of its property, the Henry Street Basin (block 614, lot 300), copy enclosed. I had faxed a segment of the plan to Allen Bodak back on February 13, 1998 that demonstrates what appears to be a perimeter breach by yourselves at your Red Hook Terminal. This would be the West Bulkhead and chain link fence that runs from north to south.

I first contacted Mike J. Klinger on January 28, 1998, at which time he told me he would call back in two or three days and arrange a meeting at the site. I then received a call by Allen Bodak on February 12, when Allen promised to make an appointment with his engineers to visit me at the location. Finally, in our last two conversations you have told me you would call me back and you have yet to do so.

As we are in the planning stage of the property, it is of immediate importance that we have a clear understanding of the physical and legal parameters of the property. Since we wish to approach this issue of our common property boundaries in a neighbourly fashion, your co-operation is essential.

I look forward to hearing from you in the next few days so we may proceed in a manner that will be mutually constructive.

T.E.&C.
☐ ______
☐ ______
☐ ______
☐ ______
☐ ______
☐ ______
☐ ______
☐ FACILITY
☐ PROJECT
☐ RETURN TO ______

Sincerely,

JOHN QUADROZZI JR.

cc: H.O.: J.Q.sr, M.M., M.C.

→ To: Gary Margiotta
Pages: 1 Fax#: (732) 750-6944
Faxed: 3-16-98 @ 3:15 by [illegible]
Rcved: __-__-__ @ __:__ by __

MAR 16 '98 15:16 1 718 8312 PAGE.01

GOWANUS
INDUSTRIAL PARK

NOT INCLUDED

N20°05'30"E 1862'-6 5/8" U.S. STD.
1861'-0" LOC. STD.

TOP OF BANK
C.L. FE.
ROW OF PIPES ALONG LINE
WALL 1.1'E
12" CONC. WALL
WOOD SHED
MET. PIPE Ø 1"
MET. PIPE Ø 4"
MET. PIPE Ø 4"
C.L. FE. ON 36" WIDE CONC. WALL
U.S. PIERHEAD & BULKHEAD LINE
WALL 1.0'W
WALL 5.8'W

HENRY ST. LANDS

BA

2' MOORING POST
CONC. MOORING POST
U.S. PIERHEAD & BULKHEAD LINE
S20°05'30"W
2022'-0" LOC. STD.
2023'-8" U.S. STD.
CONC. P.V.
TOWER
CONC. DECK
METAL BASE
CONC. BASE
CONVEYOR
TOWER
GRAIN ELEVATOR
417.68'
CONVEYOR GALLERY
TIMBER PIE

HESS0000592

TOTAL P.02

U.S. PIERHEAD & BULKHEAD LINE APP BY SEC. OF WAR IN 1940

GOWANUS INDUSTRIAL PARK

DECK

12" CONC. WALL

U.S. PIERHEAD & BULKHEAD LINE

U.S. PIERHEAD & BULKHEAD LINE

200'-2 1/4" U.S. STD.
200'-0" LOC. STD

BASIN

UNDER

2' MOORING POST

TIMBER PIER

W.O.C. WALK

S20°05'30"W
2022'-0" LOC. STD.
2023'-8" U.S. STD.

MET. PIPE Ø 12"
MET. PIPE Ø 4"
MET. PIPE Ø 4"

WOOD SHED

12" CONC. WALL

03-16-1998 04:14PM FROM 40000000000000000000000000000 TO 17327506944 P.02

# EXHIBIT 4

HENRY STREET BASIN
(HENRY STREET SLIP)
UNITED STATES PIERHEAD & BULKHEAD LINE
BLOCK No 625
SURVEYED APRIL 3, 1972
CLINTON ST
BLOCK No 623
SURVEYED MARCH 29, 1966
BURIED TANKS
BRYANT ST
COURT ST
(LITTLE COURT ST)
WATER
BLOCK No 624
GOWANUS BAY
(GOWANUS BAY CHANNEL)
BARTLETT, LUDLAM & DILL ASSOCIATES
CITY SURVEYORS SINCE 1809
186 JORALEMON ST, BROOKLYN, NY
GUARANTEED TO THE TITLE GUARANTEE COMPANY
ORDER No 89008-A
BROOKLYN, NY
AH 00035