# EXHIBIT 5

MATCH LINE SEE DWG 945-D-5036

SEE ASSEMBLY DETAIL
DWG-945-D-5042

3+50

PS-15

30° SOIL ANCHORS
SEE DWG-945-D-5044

6.89"
TYP

18'-0"

3.00

PS-14

15'-0"

PS-13

25'-0"

3.45
TYP

PS-12

2+50

24'-0"

45° SOIL ANCHORS
SEE DWG-945-D-5043

PS-11

CONCRETE CAP DETAIL
SEE DWG-945-D-5045-B

24'-0"

PS-10

2+00

24'-0"

PS-9

24'-0"

BORING B4-6

PS-8

30° SOIL ANCHORS
SEE DWG-945-D-5044

6.89"
TYP

24'-0"

1+50

PS-7

MATCH LINE SEE DWG 945-D-5034

REFERENCE DWG'S
DWG 945-D-5041
DWG 945-D-5042
DWG 945-D-5043
DWG 945-D-5044
DWG 945-D-5045-B

SEE DWG 945-D-5041

NOTE:
(1) FOR PIPE SUPPORT (PS) SEE DWG 945-D-5041

OTTOSON & OTTOSON
411 North Avenue, East — Cranford, N.J. 07016

AMERADA HESS CORPORATION
1 HESS PLAZA, WOODBRIDGE, N.J.

TITLE
PLAN
CENTER SECTION OF
HENRY ST.
PHASE I   SECTION 3

DRAWING NO.
945-D-5035

HESS 1090

| REV. | DATE | BY | DESCRIPTION |
|------|------|----|-------------|
| 2 | ²/₈₄ | DH | ISSUED FOR CONSTRUCTION |
| 1 | ²/₂₄ | D.H. | ISSUED FOR BID |

# EXHIBIT 6



AH 000268

# EXHIBIT 7



AH 000269

# EXHIBIT 8



AH 000270

# EXHIBIT 9

OTTOSON & OTTOSON

*Engineers*

1984 MAY 18 A 11: 53  411 NORTH AVENUE, EAST
CRANFORD, NEW JERSEY 07016

TERMINAL ENGINEERING
& CONSTRUCTION       (201) 272-6633

PLEASE INITIAL

→ ☐ FLC *XC-5/18/84*
  ☐ GSE
  ☐ CCC
  ☐ DMD
  ☐ RRF
→ ☑ MPG
  ☐ GBH
  ☐ ECH
  ☐ RKM
  ☐
  ☐ WRS
  ☐ FDV
  ☐ PSB
  ☐

XC-5/21/84
my

☑ FACILITY
☑ PROJECT
  RETURN TO

May 15, 1984

Department of the Army
New York District, Corps of Engineers
26 Federal Plaza
New York, New York 10278


Attention:  Mr. Monty Grecis
            Permit Section

      SUBJECT:  File No 84-040-YC.  Amerada-Hess Corporation
                Court Street, Bulkhead and Pier Rehabilitation


Gentlemen:

        In accordance with our telephone conversation of yester-
day, I am sending herewith information relative to the subject
matter.  As you know, Amerada Hess Corporation received advices
from the Permit section in a letter February 3, 1984, that the
proposed rehabilitation to the Bulkhead and Piers could be
accomplished under the Department Nationwide Permit.  The neces-
sary permits from N.Y. State DEC have also been obtained for this
work.

        Amerada-Hess now wishes to make an alteration to a
portion of the work as originally proposed, and to include ad-
ditional Bulkhead Rehabilitation work.  They also wish to have
existing timber piers demolished and removed.  As a second phase
of the project, they propose to install approximately 400 L.F. of
new bulkhead, and rehabilitate approximately 300 L.F. of existing
bulkhead.  I have included here with copies of sketches showing
the areas of work to be done, and a section showing the new
method proposed in the area of Pier 1.  I have also included a
copy of the sketches included with our original submission, as
you requested.

        The alteration to the original proposal, involves the
placement of a stone rip rap slope in lieu of the steel Bulkhead.
The toe of the slope would not extend beyond the original
pierhead.  This method would be used on the east and south side
of an existing building as shown on the plan.  Pier 2 would be
rehabilitated as originally proposed.

                                              AH 000182

Department of the Army
May 15, 1984
Page Two

On the west side of the property, adjoining the Henry
Street Basin, there exists a bulkhead which is deteriorated and
decayed.  It is proposed to install a new steel sheet bulkhead
immediately out board of the existing bulkhead to prevent further
deterioration.

Piers 1, 3, 5 and 7 are timber piers which are no longer
used and are in disrepair.  The Corps of Engineers in a survey
have cited these facilities as being in need of immediate
attention to comply with the driftwood cleanup program.  Since
these facilities are no longer used, it is proposed that they be
demolished and removed to permanently solve the problem.

In a second phase, it is proposed to install approxi-
mately 400 L.F. of new Steel Bulkhead from the foot of Pier 3 to
Pier 7 to straighten out the bulkhead line which is now very
irregular, as was required by the dry docks which were moored
there.  These dry docks are no longer there since the facility no
longer is a ship repair yard.  The extension of the bulkhead line
from Pier 7 would require the rehabilitation of the present
facilities.

After the removal of Pier 7, it is proposed to install
several steel mono-piles and fenders to protect Pier 8 which will
remain in use.

The purpose of the proposed work is to protect existing
facilities and to permanently remove existing hazards to
employees, and to comply with requirements to protect the
environment.

Amerada-Hess is anxious to proceed at the earliest time
on the Phase I work.  I would appreciate your early advise
particularly as regards the Phase I part of the project.  Should
you require additional information, please let me know.  I and
Amerada-Hess personnel would be nleased to meet with you or other
Corps of Engineers Representatives to expedite this matter.

We thank you for your attention to the matter.

Very truly yours,

Ottoson & Ottoson
R. Stanley Ottoson, P.E.

dj

AH 000183